FILED
2021 DEC 16 AM 11:43
CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| RESORT CENTER ASSOCIATES, L.L.C., a Utah Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW WHEELER, in his official capacity as Administrator of the United States Environmental Protection Agency; the UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; SCOTT BAIRD, in his official capacity as Executive Director of the Utah Department of Environmental Quality; the UTAH DEPARTMENT OF ENVIRONMENTAL QUALITY; the COUNTY OF SUMMIT, a body politic and corporate of the State of Utah; UNITED PARK CITY MINES COMPANY, a Delaware corporation; and DOES 1-20, inclusive,<br><br>Defendants. | **ORDER GRANTING UTAH DEPARTMENT OF ENVIRONMENTAL QUALITY'S MOTION FOR JUDGMENT ON THE PLEADINGS [ECF No. 57]**<br><br>Case No. 2:21-cv-00078-BSJ<br><br>Judge Bruce S. Jenkins |

This matter came before the Court for oral argument on December 6, 2021. Mr. Kenneth J. Melrose appeared on behalf of Plaintiff Resort Center Associates. Ms. Kimberlee S. McEwan appeared on behalf of Defendant Scott Baird, in his official capacity as Executive Director of the Utah Department of Environmental Quality, and Defendant Utah Department of Environmental Quality (collectively "Defendant UDEQ"). Plaintiff did not respond to Defendant UDEQ's Motion for Judgment on the Pleadings, and Plaintiff's counsel asserted at the hearing that Plaintiff did not oppose Defendant UDEQ's Motion for Judgment on the Pleadings. The Court ruled at the hearing and GRANTED Defendant UDEQ's Motion for Judgment on the Pleadings.

## CONCLUSION

Defendant UDEQ's Motion for Judgment on the Pleadings dismissing counts one through four of the complaint is GRANTED. The following claims for relief are dismissed without prejudice as to Defendant UDEQ: the first claim, a citizen suit under 42 U.S.C. § 9659(a)(1); the second claim, a citizen suit under 42 U.S.C. § 9659(a)(2); the third claim for inverse condemnation under the Fifth Amendment to the U.S. Constitution; and the fourth claim for a temporary regulatory taking under the Fifth Amendment to the U.S. Constitution. This Order resolves all the claims against Defendant UDEQ.

**IT IS SO ORDERED.**

DATED this 16 day of Dec., 2021.

BY THE COURT

BRUCE S. JENKINS,
United States Senior District Judge