FILED
2021 DEC 16 AM 11:46
CLERK
U.S. DISTRICT COURT

Christopher R. Hogle, #7223
Richard D. Flint, #7525
Jennifer S. Huntsman, #13750
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: (801) 799-5800
Fax: (801) 799-5700
crhogle@hollandhart.com
rdflint@hollandhart.com
jshuntsman@hollandhart.com
*Attorneys for Defendant,*
 *United Park City Mines Co.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| RESORT CENTER ASSOCIATES, LLC, a Utah limited liability company, ,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW WHEELER, in his official capacity as Administrator of the United States Environmental Protection Agency; the UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; SCOTT BAIRD, in his official capacity as Executive Director of the Utah Department of Environmental Quality; the UTAH DEPARTMENT OF ENVIRONMENTAL QUALITY; the COUNTY OF SUMMIT, a body politic and corporate of the State of Utah; UNITED PARK CITY MINES COMPANY, a Delaware corporation; and DOES 1-20, inclusive ,<br><br>Defendants. | **ORDER DISMISSING CLAIMS AGAINST DEFENDANT UNITED PARK CITY MINES COMPANY**<br><br>Civil No. 2:21-cv-000078-BSJ<br><br>Judge Bruce S. Jenkins |

-2-

On December 6, 2021, this matter came before the Court for oral argument on Plaintiff's Motion for Leave to File Amended Complaint (ECF No. 50), Plaintiff's Notice of Motion and Motion for Entry of Final Judgment on All Claims Against Defendant EPA Pursuant to Federal Rule of Civil Procedure 54(b) (ECF No. 51), and Utah Department of Environmental Quality's Rule 12(c) for Motion for Judgment on the Pleadings (ECF No. 57) (collectively, the "Motions"). Kevin J. Melrose appeared on behalf of the Plaintiff. Christopher R. Hogle appeared on behalf of Defendant United Park City Mines Company ("UPCM"). Danica N. Cepernich appeared on behalf of Defendant Summit County. Kimberlee Sellers McEwan appeared on behalf of Defendants Utah Department of Environmental Quality and Scott Baird (collectively "UDEQ"). Frederick Gaston Hall appeared on behalf of Defendants U.S. Environmental Protection Agency and Michael Regan (collectively "EPA").

Plaintiff indicated through its motion to amend (ECF No. 50) that the only claims it intends to pursue against UPCM if its motion were to be granted are for "negligent interference with prospective economic advantage" and "third party beneficiary." Plaintiff initially joined UPCM to two citizen suit claims under 42 U.S.C. §§ 9659(a)(1) and (a)(2) and two inverse condemnation claims, which the Court previously dismissed as against Summit County and EPA. ECF No. 36 at 5, 8; ECF No. 48 at 5, 8. During the December 6, 2021 hearing, the Court granted UDEQ's Motion for Judgment on the Pleadings and denied Plaintiff's motion to amend, and thereafter the Court on its own motion dismissed the only remaining claims in this case, which are the claims against UPCM. The Court further noted that, with no further claims in the case, Plaintiff's Motion for Entry of Final Judgment on All Claims Against Defendant EPA Pursuant to Federal Rule of Civil Procedure 54(b) is moot. Having ruled on such claims during the

hearing, it is hereby Ordered that all of Plaintiff's remaining claims against UPCM are DISMISSED. In addition, Plaintiff's motion for a Rule 54(b) partial final judgment (ECF No. 51) is DENIED AS MOOT.

DATED this 16 day of December, 2021.

BY THE COURT:

The Honorable Bruce S. Jenkins
United States District Judge