FILED
2021 DEC 23 AM 11:29
CLERK
U.S. DISTRICT COURT

# United States District Court

District of Utah, Central Division

Resort Center Associates, LLC,

        Plaintiff,

v.

Andrew Wheeler, et al.,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:21-CV-78-BSJ

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of Defendants. Plaintiff's action against Defendants is dismissed with prejudice.

Dated: December 23, 2021.

By the Court:

_____
Bruce S. Jenkins
United States Senior District Judge